IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA QUINTERO, | § § | |
| *Plaintiff,* | § § § | SA-19-CV-00572-FB |
| vs. | § § § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DONALD BATCHELOR, | § § § § § | |
| *Defendants.* | § | |

**ORDER ABATING CASE
AND CANCELING TELEPHONIC STATUS CONFERENCE**

Before the Court in the above-styled cause of action is the parties' Joint Motion to Abate Pending Appraisal [#37]. By their motion, the parties inform the Court that Plaintiff invoked the appraisal process on December 9, 2019, and an appraiser was appointed on December 27, 2019. The parties therefore request this case be abated until 30 days after the completion of the appraisal process. The Court will grant the motion and order the parties to file quarterly status updates with the Court. The record reflects that there is a status conference set in this case for June 23, 2020. In light of the abatement of this case, the Court will cancel the conference.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Abate Pending Appraisal [#37] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **ABATED** pending the completion of the appraisal process and further order of this Court.

**IT IS FURTHER ORDERED** that the parties file quarterly status updates with the Court on the appraisal process, with the first update due September 22, 2020.

1

**IT IS FINALLY ORDERED** that the telephonic status conference set for **11:00 a.m.** on **June 23, 2020** is **CANCELED**.

SIGNED this 22nd day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE